**COMP**

Ryan A. Hamilton
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
 (702) 818-1818
(702) 974-1139
ryan@hamiltonlawlasvegas.com

*Attorney for the plaintiffs,*
*Cathy Tarr and Michael Tarr*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CATHY TARR, a Virginia Citizen; and MICHAEL TARR, a Florida Citizen, | Case No. |
| Plaintiffs, | |
| vs. | **COMPLAINT AND JURY DEMAND** |
| NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT; and DOES 1-100, ROE Corporations I – X, inclusive, | |
| Defendants. | |

Plaintiffs Cathy Tarr and Michael Tarr ("Plaintiffs") allege on information and belief against Defendants, and DOES 1-100, ROE Corporations I – X, inclusive, the following:

**I.**

**PARTIES**

1.  Plaintiff Cathy Tarr was, and at all relevant times to this Complaint is, a citizen of Virginia.  Plaintiff Michael Tarr is a citizen of Florida.

1

2.	Defendant Narconon Fresh Start (hereafter "Fresh Start"), is, and at all times relevant to this Complaint was, a corporation incorporated under the laws of, and with its principal place of business in, the State of California. Defendant has been at all relevant times transacting business in Caliente, Lincoln County, Nevada. Fresh Start may served with process through its registered agent, Mark Kirwin, 4480 Market St., Ste. 804, Ventura, CA 93003.

3.	Plaintiffs are unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendant DOES 1-100, inclusive, and, therefore, sues these Defendants by fictitious names. Plaintiffs will seek leave of this Court to amend this Complaint when the identities of these Defendants are ascertained.

## II.

## JURISDICTION AND VENUE

4.	This Court has subject jurisdiction pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00, and there is complete diversity between the parties.

5.	Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a) because a substantial portion of the events and omissions giving rise to this lawsuit occurred in this District, and the Court has personal jurisdiction over each of the parties as alleged throughout this Complaint.

## III.

## FACTUAL ALLEGATIONS

**A.	Michael's Entry Into The Narconon Program**

6.	On or about April 28, 2013, Cathy Tarr was searching the internet for help to find a drug rehabilitation facility for her 24-year-old son, Michael Tarr, who was struggling with an addiction to heroin. Cathy found a website that purported to provide help in finding an appropriate drug rehabilitation facility.

7. Cathy called a 1-800 number provided by this website, and an "independent consultant" referred Cathy to Narconon. Soon after, Cathy received a call from Fresh Start Intake Director, Josh Penn.

8. Mr. Penn represented to Cathy that the Narconon program was so effective because its sauna and vitamin program, the New Life Detoxification Program, makes patients sweat out residual drug toxins in the cells. These residual drug toxins, Penn claimed, are a large part of what cause drug cravings.

9. Penn represented that the New Life Detoxification Program had been scientifically and medically proven as effective.

10. Penn further represented: (1) Narconon would provide extensive drug and counseling for Michael; (2) that Narconon would safely detox Michael off of heroin; and (3) that Narconon staff are properly trained to care for and treat persons with heroin addiction.

11. Mr. Penn also provided Cathy pamphlets about the Narconon program that represent that the Narconon program as secular and as having a 76% success rate. The pamphlet is attached hereto as **Exhibit A**.

12. The pamphlet describes the founding of the Narconon program as follows: "The very first Narconon (meaning "no drugs") program was founded in 1966 by William Benitez, after being inspired by the practical betterment philosophy of author and humanitarian L. Ron Hubbard in the book, The Fundamentals of Thought."

13. To hide Narconon's origin in Scientoloy, Narconon misrepresented the title of the L. Ron Hubbard book that inspired its creation. The actual title of the L. Ron Hubbard Book is "<u>Scientology: The Fundamentals of Thought, The Basic Book of the Theory and Practice of Scientology for Beginners</u>," (hereafter "<u>Scientology: Fundamentals of Thought</u>").

14. Mr. Penn explained that the fee for the program would be $33,000 and was to be paid up front. The invoice and receipt are attached hereto as **Exhibit B**.

3

15. Mr. Penn urged Cathy to admit her son immediately into "Fresh Start" for treatment because if she did not, Michael would wind up dead.

16. To pay for the Narconon program, Cathy borrowed money from her retirement savings.

17. On Michael's admission into the Narconon program on or about May 6, 2013, Family Information and Contact Officer Tommy Lagasse sent Cathy an "Admission Letter." The "Admission Letter" is attached hereto as **Exhibit C**. In the letter, Mr. Lagasse told Cathy the following:

> Narconon is licensed by the California Department of Alcohol and Drug Programs. Our program is a long-term, residential, highly supervised, private pay drug and alcohol rehabilitation program. Additionally, it is the only drug rehabilitation program that addresses the issue of removing the deep-rooted drug residuals (including alcohol, aspirin, medications, radiation and illegal substances) in the body cells and tissues through our sauna portion of the program. Proven scientifically and medically, this eliminates all future drug cravings. …
>
> The Narconon program, with its daily intensive treatment, generally takes 3-4 months to complete. Our success rate has been 70% for the last 36 years.

18. Narconon sent Michael to its facility near Caliente, Nevada, for both detox and rehabilitation.

19. Michael spent the first eight days at Narconon in the "Treehouse" facility undergoing detox for his heroin addiction. There were no medical professionals in the Treehouse, but only Narconon interns and staff who do not have any medical training.

20. After going through detox, Michael began the Narconon program. The Narconon "Treatment" Program consists of two components: (1) course materials consisting of eight books by L. Ron Hubbard; and (2) a sauna and vitamin program known as the "New Life Detoxification Program."

**B.    The Narconon Program**

4

     i.     Course Materials

21. Narconon courses are self-taught by the patients and overseen by counselors. Narconon students and Scientology practitioners perform these TRs in pairs known as twins. The counselors have little to no training beyond the training they received from Narconon and/or the Church of Scientology.

22. Narconon had Michael study eight course books written by L. Ron Hubbard, often for twelve hours per day. The books or "technology" require patients to undergo numerous Training Routines (TRs) that Narconon asserts teach patients valuable lessons. Michael was required to spend several hours each day performing TRs with his twin.

23. L. Ron Hubbard created TRs to teach Scientologists communication skills. Narconon claims that the courses were designed to rehabilitate persons from drug addiction

24. The TRs that Narconon patients perform for hours on end have no apparent connection to treatment of drug and alcohol addiction.  For example, TR 3 from Book 1 of the Narconon program, is used to teach students about the "Cycle of Communication."  The "Cycle of Communication" is a concept found early on in "<u>Scientology: The Fundamentals of Thought,</u>" the book Narconon credits as being the inspiration for its program.  Book 1 defines a "cycle of communication" as a "communication action that proceeds through all of its points from a beginning to a conclusion."

25. To execute TR 3, one student or "twin" asks the other twin either: (a) "Do birds fly?" or (b) "Do Fish Swim?"  The other twin must answer the question.  The supervisor or coach attempts to disrupt the communication between the twins.  TR 3, like other TRs, goes on for hours.

26. In TR 8 of Book 1 of the Narconon program, titled "Intention Without Reservation," a student and a coach sit in chairs facing another chair.  The chair the student and coach are facing has an ashtray on the seat.  The coach is then, according to the book, supposed to instruct the student as follows: "First, locate the space which includes himself and the ashtray but not more

1 than that much.  Second, have him locate the object in that space.  Third, have him [the student]

2 command the object [the ashtray] in the loudest possible voice he can muster.  This is called

3 shouting."

4 27.     The Narconon study technology teaches students about many foundational concepts or

5 doctrines of Scientology.  For example, the study technology teaches students in detail about

6 Operating Thetans, the Eight Dynamics, the Conditions of Existence, Overts and Withholds, the

7 Cycle of Action, the importance of "clearing" words, the use of "conditions formulas," and

8 Potential Trouble Sources.  In addition, Narconon has students undergoing a form of auditing.

9 28.     "L. Ron Hubbard" is prominently displayed in large type on the front of each book.  But in

10 every picture showing the books or study technology on the Narconon Fresh Start website, the

11 author's name is unable to be seen.

12 29.     According to "Scientology: Fundamentals of Thought," a thetan is a spirit that normally

13 resides in a person's skull or near the body.  See id. at 65.  The optimal place for a thetan to reside

14 is near a body knowingly controlling the body.  Id.

15 30.     Book 6 of the study technology teaches students about the Eight Dynamics of Existence or

16 the "Eight Dynamics."  Book 6 defines the Eight Dynamics as the "eight urges (drives, impulses)

17 in life."  "Scientology: Fundamentals of Thought" explains at page 40 that "[t]he eight dynamics

18 are used in Scientology communication and should be perfectly learned as part of the language of

19 Scientology."  Similarly, Book 6 of the Narconon program explains that the First Dynamic is the

20 individual plus his immediate possessions, the Second Dynamic is creativity and sex, the Third

21 Dynamic is group survival, the Fourth Dynamic is the species of mankind, the Fifth Dynamic is

22 Life Forms, the Sixth Dynamic is MEST (matter, energy, space, and time) or the physical

23 universe, the Seventh Dynamic is the urge to survive as spiritual beings or the urge for life itself to

24 survive, and the Eighth Dynamic is the urge toward existence as Infinity.

25

31. The Narconon program has students demonstrate their understanding of each Dynamic by instructing the students to create clay sculptures depicting each Dynamic.

32. In Book 7 of the study technology, the Narconon program further teaches Scientology's philosophy of how life and people operate through its explanation of the "Conditions of Existence." Page 78 of Book 7 explains that the conditions, from highest to lowest, are: power, power change, affluence, normal operation, emergency, danger, non-existence, liability, doubt, enemy, treason, and confusion. Narconon students are taught that by applying the correct formulas they will improve on each of the Conditions of Existence.

33. Book 7 of the Narconon program, for example, defines the "Condition of Treason" as "betrayal after trust." The formula for the "Condition of Treason" is to "Find out *that* you are." (emphasis in original). The "Condition of Enemy" is defined as "[w]hen a person is an avowed and knowing enemy of an individual, a group, project or organization …." The formula for the "Condition of Enemy" is to "Find out who you really are."

34. Narconon has students create clay sculptures and demo kits to demonstrate their understanding of the Conditions of Existence and applying formulas to those conditions. Such activities have no connection to treating substance abuse and constitute having students study the Scientology religion.

35. Narconon teaches about, and has students employ, the Scientology concepts of "Overts and Withholds." Scientology and Narconon teach that an "overt" is a harmful act against the mores of the group. An overt does the least good for the least number of the Eight Dynamics, or does the most harm to the greatest number of the Eight Dynamics. A "withhold" occurs where someone commits an "overt" and then does not talk about that overt with the group. Scientology and Narconon teach that where a person commits an overt against the group and then withholds, that person begins to withdraw from the group.

36. To protect against the supposed harm caused by withholds, Narconon has students write out all the bad things they have done as "overts and withholds." Narconon has students write out their transgressions in great detail according to an "Overt/Withhold Write-Up Format." Narconon directs students to provide a detailed narrative of the event including the exact time and place it occurred and the names of individuals affected. Narconon then has students provide the write-ups to Narconon staff.

37. The Overt/Withhold Write-Up Procedure serves as a type of auditing. Auditing is one of the most common rituals of a practicing Scientologist. In these write-ups, Narconon students provide confidential details of the worst moments of their lives.

38. On information and belief, Narconon uses the Overt/Withhold Write-Up Procedure as leverage to keep students compliant with the Narconon program for fear that their write-ups may be disclosed.

39. Narconon and Scientology teach that "misunderstood words" are the root of all confusion when studying a subject. To that end, Narconon and Scientology require students to spend hours "clearing" or looking up words, often in Scientology or L. Ron Hubbard dictionaries. Many of these "misunderstood" words students must clear are words invented by, or given special meaning within, Scientology. Examples of such words include "doingness," "enturbulate," "thinkingness," "dope-off," "misemotion," "divertive," "reelingness," "not-know," "randomities," "livingness," "creatingness," "as-ising," and "actingness."

40. Narconon staff members use this Scientology-specific language both when instructing Narconon students, and in everyday conversation with students.

41. Each book in the Narconon program contains a 3-page "About the Author" section. This section provides, in pertinent part:

> L. Ron Hubbard's discoveries make it possible for drug users to recover fully from their addiction. Narconon drug education and

8

> rehabilitation centers around the world use his techniques exclusively. For over thirty-five years, Narconon has been setting the pace in the field of drug rehabilitation, with (per independent studies) a 70 to 80 percent success rate in helping people to come off drugs - and *stay* off them.
>
> L. Ron Hubbard departed his body on 24 January 1986. His breakthroughs in the field of drugs and their effects have given the planet its first truly workable and successful method of drug rehabilitation; and through his efforts, mankind has been provided with *real* solutions to the problems of today's society. (emphases in original).

  ii. Sauna Program/New Life Detoxification Program

42. Michael, like all patients at Narconon, was required to undergo the sauna program. Narconon calls this program the "New Life Detoxication" program.

43. Narconon's "New Life Detoxification" program is identical to the Scientology ritual known as "Purification Rundown," or the "Purif." The Purification Rundown is a required component of Scientology training and is part of Scientology's "Bridge to Total Freedom." The Bridge to Total Freedom is the path a practicing Scientologist moves up to attain the state of "Clear." Attaining the state of Clear is often regarded as the highest goal for a Scientologist.

44. Narconon's rationale for the sauna program is that residue of many different types of drug remain the body's fatty tissue long after use. The drug residue is released from the fatty tissue from time-to-time into the bloodstream causing the individual to crave the drug, and, ultimately, relapse. Narconon and Scientology assert that the sauna program flushes these residual drug toxins out of the addict's system thereby reducing the cravings the residue causes.

45. Under the New Life Detoxification program, students first exercise vigorously before entering the sauna each day. On entering the sauna, Narconon requires each student to ingest increasing doses of Niacin and a "vitamin bomb." Narconon increases Michael's dosages of Niacin up to 5,000 mg/day – well beyond the recommended daily allowance.

46. Narconon requires students to spend six hours per day for five weeks in a sauna at temperatures between 160 and 180 degrees Fahrenheit.

47. There are no medical personnel overseeing Narconon students undergoing the sauna program. There is only a "sauna supervisor" who sits outside the sauna while the students are inside. The sauna supervisor does not have any special training to deal with medical issues, but serves primarily to police the students for compliance with the sauna regimen.

48. Narconon's claims about the benefits of its sauna program, *i.e.*, Scientology's Purification Rundown, are false and do not withstand scientific scrutiny. Contrary to Narconon's claims, there is no scientific evidence that its sauna program flushes residual drug toxins out of students' fatty tissue. Nor is there any scientific evidence for Narconon's premise underlying the sauna program: That residual drug toxins stored in fatty tissue leak into the bloodstream and cause drug cravings.

49. Not only does Narconon's New Life Detoxification fail to live up to Narconon's claims about its benefits, the sauna program is dangerous. By having students ingest extreme doses of Niacin and other vitamins while sitting in extreme temperatures for hours, the sauna program unnecessarily exposes students to serious health risks including severe dehydration.

50. In a prior lawsuit, Dr. Louis A. Casal, an expert **retained by** Narconon International and Narconon of Northern Georgia in a wrongful death suit filed against those entities, testified at his deposition. A true and complete copy of Dr. Casal's deposition testimony is attached hereto as **Exhibit D.** When asked under oath about Narconon's sauna program, he testified that there is no scientific basis for the notion that sweating in a sauna detoxifies a person's body or treats addiction:

> Q. Have you looked at the Narconon literature on what Narconon contends the benefits from the sauna are?
>
> A. [Dr. Casal] Yes, I have.
>
> Q. And the sauna program, what Narconon contends is that in – it in fact detoxifies your body. True?
>
> A. True.

1     Q.    But there's no scientific basis that you can point me to to support that contention, is
2 there, sir?

3     A.    You're correct.

4     Q.    So when Narconon states that the sauna program detoxifies its students, you're not
5 aware, as a medical doctor, of any scientific basis for that contention?

6     A.    I agree.

7 Exhibit D, Deposition of Dr. Louis Casal, 136: 21 – 137:9.

8 51.    There is scientific consensus that, contrary to the premise of the New Life Detoxification
9 Program, recreational drugs are not stored in fatty tissues for years but leave the body within a few
10 days to a few weeks. Experts in medicine and toxicology have repeatedly concluded that sweating
11 does not expel drugs from the body.

12 52.    Despite their own expert's admission that there is no scientific basis for the idea that
13 patients sweating in the New Life Detoxification Program treats addiction, Narconon continues to
14 represent to prospective patients, as they did to Cathy and Michael Tarr, that the New Life
15 Detoxification has been "scientifically and medically proven" as effective.

16 53.    Furthermore, there is scientific consensus that niacin actually inhibits – rather than
17 promotes – fat breakdown and doctors routinely prescribe niacin to reduce the level of lipids in the
18 blood. High dosages of niacin are associated with side effects such as hyperglycemia, cardiac
19 arrhythmia, flushing, rashes, nausea, vomiting, abdominal pains, and liver failure.

20 54.    Narconon is aware that students routinely become ill during the New Life Detoxification
21 program.  Despite this awareness, Narconon failed to provide any on-site medical supervision of
22 Michael or other patients who were undergoing the New Life Detoxification Program.

23 **C.**    **Narconon's Fraudulent Business Practices**

24 55.    As part of their scheme, Defendants make a host of false and misleading claims in their
25 advertising, marketing materials, and on their websites.  Defendants also make these same false

11

1 and misleading claims when speaking with prospective patients and their families.  When

2 speaking with the families of prospective patients, a common tactic Defendants use is to

3 emphasize that if the family does not send their loved one to a Narconon program immediately,

4 the loved one will die.

5 56.  Lucas Catton, former President of Narconon's flagship facility in Arrowhead, Oklahoma,

6 described the deceptive ways Narconon tricked patients' families into sending them to Narconon

7 in his book, "Have You Told All?: Inside My Time With Narconon and Scientology." Catton

8 explained that Narconon actually owns and operates many of the the supposedly independent

9 websites and toll free numbers that send patients to Narconon.  The operators of these sites earn

10 commissions from Narconon for referring patients to Narconon. On some occasions, despite

11 operators representing themselves to be independent, they are physically located in Narconon

12 facilities.

13 57.  On information and belief, the persons who referred Plaintiffs to Narconon were under the

14 employ or control of Narconon and received commission from Narconon for the referral.

15 58.   Narconon claims a success rate of over 70% for all Narconon centers, including Narconon

16 Fresh Start d/b/a Rainbow Canyon Retreat.  Narconon has published no studies or other verifiable

17 evidence to support their claimed success rates.

18 59.  Independent studies have shown that the Narconon program has very little success in

19 treating addiction, sometimes with a success rate below 7%. Dr. Casal, the medical expert retained

20 by Narconon International in another lawsuit, testified at his deposition that he was not convinced

21 Narconon's claimed success rate was true:

22 Q.  Okay. What are you relying on – well, let me ask you this; do you believe that 76

23 percent success ratio is accurate?

24 A. [Dr. Casal].  Mr. Harris, I'll be honest with you, that's a big number.

25 Q.  Yeah, it's -- it's a real big number.

1   A. It's a big number.

2   Q. And it's completely inconsistent –

3   A. I – I hope it's true, but, I mean, I would need some convincing.

4   …

5   Q. Okay. Do you have any idea where Narconon is getting the numbers that it's using?

6   A. You know, in the interest of time – I just didn't have enough time to delve deeper
7   into those studies, Mr. Harris. And I – I would be happy to, but, no, I don't have a clear
8   understanding of where that 70 – 70-something number came from, no, sir.

9   Exhibit D, Deposition of Dr. Louis Casal, 124:21 – 125:5; 126:1 – 7.

10  60.    Narconon is well aware that there is no support for Narconon's claimed success rate, but
11  nonetheless advertised a 70% success rate to Cathy Tarr despite that awareness. For example, an
12  internal email from a Narconon employee, obtained in a prior lawsuit against Narconon, regarding
13  a response to a complaint specifically admits that Defendants "do not have scientific evidence" for
14  their claimed success rate. A copy of the email is attached hereto as **Exhibit E**.

15  61.    Defendants claim that the New Life Detoxification Program is scientifically and medically
16  proven to reduce cravings for drugs.  As set forth above, there is no scientific support that the New
17  Life Detoxification system works as Defendants claim.

18  62.    Defendants routinely lie, misrepresent, and conceal the Narconon program's connection to
19  the practice of Scientology and to the Church of Scientology. Defendants direct employees at
20  individual Narconon centers to deny any connection to the Church of Scientology even when
21  patients' family members specifically inquire on this point.

22  63.    Defendants misrepresent to patients, their families, and the public at large that their written
23  course materials and the New Life Detoxification Program are courses and rituals which members
24  of the Church of Scientology are required to participate. Defendants deny that Narconon programs

25

1  are intended to be the first step to converting people to Scientology, despite the fact that their own
2  documents indicate this is the case.

3  64.   Defendants routinely represent that staff members at Narconon centers are certified and/or
4  trained in drug and alcohol addiction counseling. This is false. Narconon staff members receive
5  training only in Narconon course materials.

6  65.   When speaking with prospective patients and their family members, Narconon staff falsely
7  claim that patients at Narconon receive extensive counseling and even extensive one-on-one
8  counseling for their addiction and its root causes. Patients at Narconon do not receive any
9  counseling or treatment for addiction, they only receive instruction in completing the L. Ron
10 Hubbard course materials.

11 66.   Indeed, individual Narconon centers do not have any on-site medical professionals, such as
12 doctors or nurses. Most, if not all, Narconon staff members are "graduates" of the Narconon
13 program. Some of the staff members have only completed the Narconon program as patients
14 within the last few months. These staff members are now responsible for the care and supervision
15 of patients with serious substance abuse problems.

16 67.   Most, if not all, Narconon staff members have no other qualification for working with
17 persons with substance abuse problems other than the fact that they completed the Narconon
18 program. Narconon staff members have no formal training in healthcare, such as nursing, or in
19 counseling.

20 **D.   Connection to the Church of Scientology**

21 68.   The Church of Scientology provides material support to Narconon.  Such support comes in
22 the form of national and international paid advertisements.

23 69.   On its website, www.scientology.org, the Church of Scientology identifies Narconon as a
24 program "sponsored by the Church of Scientology." There are several pages on the Church of
25 Scientology's website devoted to the Narconon program, its putative successes, its New Life

14

Detoxification Program, and Narconon's activities around the world. On the bottom of each page there is a link for readers to "Find a Church of Scientology." Copies of the Narconon pages from the Church of Scientology website are attached hereto as **Exhibit F**.

70. The Church of Scientology's website also lists Narconon's website as a "Related Site."

71. Narconon pays a licensing fee to the Church of Scientology and the L. Ron Hubbard library for the use of this "technology."

72. Narconon documents indicate that the Narconon program is used to recruit patients into the Church of Scientology. For example, a Narconon titled the "Narconon Technical Line-Up" provides a flow chart of a patient's experience into and through the Narconon program. The document shows that when a patient finishes the Narconon program, the patient is to be "route[d] to the nearest Org for further services if the individual so desires." "Org" is Scientology jargon for an individual church providing services for the Church of Scientology. A copy of the "Narconon Technical Line-up" is attached hereto as **Exhibit G**.

73. On information and belief, the Church of Scientology and/or a related entity receive money from the Narconon program apart from the fee it receives for licensing the Narconon course materials.

74. Narconon and the Church of Scientology consider the Narconon program to be the "Bridge to the Bridge." That is, Narconon considers its program to be an initial step into getting on Scientology's "Bridge to Total Freedom," the key spiritual journey that practitioners of the Scientology religion undertake. See, e.g., "Narconon News, 1974, Volume 6, Issue 3: Narconon Is The Bridge to The Bridge," attached hereto as **Exhibit H**.

75. Since the early days of Narconon, Scientologists have considered Narconon to be an example of Scientology in action. Scientologists claim that Narconon's "tech" is the world's only solution to cure drug and alcohol addiction. Scientologists cite Narconon as a program based only on the practices, philosophy, and tenets of Scientology.

76. Narconon has prominent members of the Church of Scientology, such as Kirstie Alley, John Travolta, and Tom Cruise, promote the Narconon program.

77. Narconon proponents believe that strict adherence to the L. Ron Hubbard technology alone will address the rehabilitation needs of persons suffering from addiction. Consequently, patients at Narconon centers receive no counseling or drug education in drug and alcohol rehabilitation. Instead, discussion of drugs and their effects, or the specifics of a patient's drug use, is actively discouraged.

78. Narconon centers are forbidden from deviating from the L. Ron Hubbard "technology" in their treatment of patients in the Narconon program. To wit, Narconon's training manual for running a Narconon center instructs a Narconon director to rapidly correct any variation, misapplication, or failure to use the technology and its techniques.

79. The Church of Scientology and/or its Religious Technology Center conduct regular inspections of Narconon centers to ensure that the L. Ron Hubbard technology is being applied correctly. Likewise, another Scientology-controlled entity, the Association for Better Living and Education or "ABLE" and Narconon International take actions to ensure that individual Narconon centers are being operated in accordance with the teachings of the Church of Scientology and that the "tech" is being applied correctly.

**E.     Harm to Plaintiffs**

80. Despite Narconon's representations that Michael would receive counseling, at no point did Narconon staff ever speak to Michael about the specifics of his life or his drug use and its causes. In fact, no one at Narconon ever spoke to Michael about his substance abuse at all.

81. Michael received no education about substance abuse, its causes and effects, or methods to deal with his addiction. Instead, Michael received instruction only in Scientology.

82. Counselors at the Narconon center attempted to treat Michael using only Scientology. An example of how counselors at the Narconon center approach their patients' problems comes from

1  an episode involving Michael feeling sick. Michael developed a common cold. The Ethics Officer
2  at the program approached Michael and wanted Michael to list the "Potential Trouble Sources" or
3  "PTS" situations Michael had encountered that must have caused his cold. "PTS" is a Scientology
4  concept and Scientology teaches that practitioners are to avoid PTS situations and people. The
5  Ethics Officer informed Michael that his cold came not contact with germs, but from PTS
6  situations.

7  83.  On completing the regular Narconon program as a patient, Michael stayed on as unpaid
8  intern with Narconon for one month. Interns at Narconon typically pay $2,500.00 to stay on as
9  interns, apparently the idea being that interns are receiving additional treatment and accruing more
10 sober time. Michael left the internship after one month.

11 84.  Michael left Narconon with a false sense of security, believing that he had actually learned
12 techniques to help him overcome his battle with heroin addiction.  However, immediately upon
13 returning home from the Narconon program Michael began using drugs again.

14 85.  After leaving the Narconon program and realizing he was again in trouble with substance
15 abuse, Michael reached out to his friends at Narconon. Narconon deemed Michael a Potential
16 Trouble Source and his contacts at Narconon "disconnected" from him.

17 86.  Within two weeks of leaving Narconon, Michael overdosed and nearly died.

18 87.  Michael has since entered another drug treatment program and Cathy has been required to
19 pay for substance abuse treatment that Narconon promised to provide, but instead delivered only
20 Scientology.

## FIRST CAUSE OF ACTION

## BREACH OF CONTRACT

23 88.  Plaintiffs incorporate by reference, as if fully set forth herein, each and every allegation
24 set forth in the preceding paragraphs and further alleges as follows:

25

89. Narconon contracted with Cathy Tarr to provide, in exchange for consideration, secular, residential drug and alcohol treatment to Michael Tarr.

90. Defendant breached this contract by, *inter alia*: (i) failing to provide services constituting drug and alcohol treatment; and (ii) providing Scientology in lieu of drug and alcohol treatment.

91. Defendant's breaches have caused Plaintiff to suffer damages in excess of $75,000.00.

## SECOND CAUSE OF ACTION

### FRAUD

92. Plaintiffs incorporate by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

93. The following is a non-exhaustive list of false representations Narconon knowingly made to the Plaintiffs: (i) that the Narconon Fresh Start program has a 70% success rate; (ii) that the Narconon program secular and does not involve the study or practice of any religion; (iii) that Narconon is not in any way connected to the Church of Scientology; (iv) that Michael would receive counseling related to substance abuse; and (v) that Narconon's sauna program, *i.e*, the Purification Rundown, is safe and has been scientifically proven as effective.

94. Josh Penn, Intake Director of Narconon Fresh Start, made these statements to Cathy Tarr on or about April 28, 2013, to induce Cathy to send her son to Narconon. Narconon also made these statements in the pamphlet about the Narconon program provided to Cathy Tarr. Further, Narconon staff made these same false representations to Cathy and Michael throughout Michael's stay at Narconon.

95. Had Cathy known that any of the above representations Defendant made were false, she would not have sent Michael to Narconon.

96. As a proximate result of Defendant's fraudulent conduct, Plaintiffs have suffered physical, mental, and pecuniary damages in excess of $75,000.00.

## THIRD CAUSE OF ACTION

## NEGLIGENCE

97. Plaintiffs incorporate by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

98. Defendant owed Plaintiffs a duty to render substance abuse treatment to Michael Tarr in a manner that did not subject him to an unreasonable risk of harm, by actually administering substance treatment to him instead of Scientology. Defendants further had a duty of care to render reasonably safe and effective treatment to Michael Tarr.

99. Defendant breached these duties by: (i) instructing Michael to sit in a sauna for 6 hours per day for five weeks while ingesting extreme dosages of Niacin and other vitamins; (ii) failing to staff the Narconon treatment facility, and particularly the sauna, with any qualified medical personnel; (iii) failing to provide duly qualified counselors to administer treatment; and (iv) providing Scientology in lieu of substance abuse treatment.

100. As a proximate result of Defendant's breaches of the above duties, Plaintiffs have suffered damages physical, mental, and pecuniary injuries in excess of $75,000.00.

## DEMAND FOR JURY TRIAL

Plaintiffs demands a jury trial on all issues triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. Judgment in favor of Plaintiff and against Defendant for damages in such amounts as may be proven at trial;

B. Compensation for special and general damages;

C. Reasonable attorney's fees and costs of suit;

D. Interest at the statutory rate;

E. Punitive or exemplary damages against Defendant;

1   F.  All further relief, both legal and equitable, that the Court deems just and proper.

2  DATED this 24th of February, 2014.

Respectfully submitted,

By:_____

RYAN A. HAMILTON, ESQ.
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139
ryan@hamiltonlawlasvegas.com

*Attorney for Plaintiffs*