UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHY TARR, et al.,<br><br>   Plaintiff(s),<br><br>vs.<br><br>NARCONON FRESH START,<br><br>   Defendant(s). | Case No. 2:14-cv-00283-GMN-NJK<br><br>ORDER DENYING MOTION<br>TO STAY<br><br>(Docket No. 52) |

  Pending before the Court is Plaintiffs' motion to stay pending ruling on motion to transfer and consolidate case for multidistrict litigation. Docket No. 52. The Court has considered Plaintiffs' motion, Defendant's response, and Plaintiffs' reply. Docket No. 52, 54, 55. Upon review, the motions appear to be based upon the misunderstanding that there are no pending motions in this case. *See* Docket No. 54, at 7 ("[T]here are no pending motions in this case. . ."); Docket No. 55, at 1 ("Plaintiffs agree with [Defendant's] position."). There are, however, two pending dispositive motions. *See* Docket Nos. 6, 20. Accordingly, Plaintiffs' motion to stay is **DENIED** without prejudice.

  IT IS SO ORDERED.

  DATED: November 17, 2014

                _____
                NANCY J. KOPPE
                United States Magistrate Judge