S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
ALAYNE M. OPIE
Nevada Bar No. 012623
Alayne.Opie@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (admitted *Pro Hac Vice*)
dscheper@scheperkim.com
WILLIAM H. FORMAN (admitted *Pro Hac Vice*)
wforman@scheperkim.com
GREGORY A. ELLIS (admitted *Pro Hac Vice*)
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone:    (213) 613-4655
Facsimile:    (213) 613-4656

*Attorneys for Defendant Narconon Fresh Start d/b/a
Rainbow Canyon Retreat ("Fresh Start")*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CATHY TARR, a Virginia Citizen; and, MICHAEL TARR, a Florida Citizen<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL<br><br>Defendants. | CASE NO. 2:14-cv-00283-GMN-NJK<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**FOURTH REQUEST** |

Pursuant to the Court's ORDER Denying Stipulation Without Prejudice (Doc. 69), the Parties hereby submit the foregoing Amended Stipulation and Order to Extend Discovery Deadlines (Fourth Request). The Parties do not request a stay of discovery as certain discovery motions may need to be filed before mediation takes place on May 28, 2015. However, in the interest of judicial economy, the

1

1 Parties request an extension of time, in good faith, of certain discovery deadlines as outlined below.

2      IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their

3 undersigned counsel of record, that the discovery deadlines herein referenced be extended as set forth

4 below. In support of this Stipulation, the Parties set forth the following status of discovery in

5 accordance with LR 6-1 and LR 26-4.

6 **I.**     **DISCOVERY COMPLETED TO DATE:**

7     A.     Plaintiffs and Defendant Fresh Start (all other Defendants have settled) conducted the

8         FRCP 26(a) conference;

9     B.     Plaintiffs and Defendant have propounded written discovery;

10     C.     Plaintiffs and Defendant have responded to written discovery;

11     D.     Plaintiffs and Defendant have disclosed initial witnesses and documents pursuant to

12         FRCP 26;

13     E.     Plaintiffs and Defendant have served supplemental disclosures;

14     F.     Defendants have taken the depositions of Plaintiffs Michael and Cathy Tarr;

15     G.     Defendant has propounded subpoenas on pertinent third-party medical providers,

16         educational institutions and employers, and received responses thereto;

17 **II.**     **DISCOVERY REMAINING**

18     A.     Deposition of Plaintiffs' father/ex-husband, Ralph Tarr;

19     B.     Depositions of Defendant's Person(s) Most Knowledgeable;

20     C.     Depositions of Defendant's employees;

21     D.     Depositions of Plaintiff Michael Tarr's treating physicians;

22     E.     Designation of rebuttal expert witnesses, if any;

23     F.     Depositions of all expert witnesses;

24     G.     Any additional written discovery the Parties may wish to propound; and

25     H.     Any remaining discovery that the Parties desire.

26 **III.**     **REASON WHY DISCOVERY SHOULD BE EXTENDED**

27     The Parties stipulate to extending certain discovery deadlines to facilitate the potential

28 resolution of this matter via a mass mediation to include all Narconon Fresh Start cases currently filed

in Nevada, Colorado, and California.  The mass mediation is currently scheduled for May 28, 2015. The Parties request this extension in good faith and in an effort to promote judicial economy.  The Parties request an extension of the discovery deadlines as outline below in order to preserve the Parties' resources.  Should the Court grant the Parties' Stipulation, the Parties will be at liberty to select the discovery they wish to conduct pre-mediation, thus preserving significant amounts of time and money, instead of working the case up to a point where discovery is nearly complete just before mediation begins.

## IV.   PROPOSED DEADLINES FOR REMAINING DISCOVERY

|  | Previous Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off Date: | June 8, 2015 | September 8, 2015 |
| Dispositive Motion Deadline: | July 10, 2015 | October 9, 2015 |
| Joint Pretrial Order Due: | August 10, 2015 | November 9, 2015 |

/ / /

/ / /

/ / /

1  V.    **CONCLUSION**

2       For the foregoing reasons, the Parties respectfully request that the Court enter an Order

3  adopting the dates set forth in this stipulation.  The parties do not request a conference with the

4  Magistrate before entry of an Amended Scheduling Order.

5

6  Dated: May 1, 2015                              Lewis Brisbois Bisgaard & Smith LLP

7                                                  By:    /s/ Alayne M. Opie
                                                   S. Brent Vogel, NV Bar No. 6858
8                                                  Alayne M. Opie, NV Bar No. 12623
                                                   LEWIS BRISBOIS BISGAARD & SMITH LLP
9                                                  6385 S. Rainbow Blvd., Suite 600
                                                   Las Vegas, Nevada 89118
10
                                                   David C. Scheper, CA Bar 120174
11                                                 William H. Forman, CA Bar 150477
                                                   Greg A. Ellis, CA Bar 204478
12                                                 SCHEPER KIM & HARRIS LLP
                                                   601 W. Fifth Street, 12th Floor
13                                                 Los Angeles, CA  90071
                                                   *Attorneys for Defendant Narconon Fresh*
14                                                 *Start dba Rainbow Canyon Retreat*

15

16 Dated:  May 1, 2015                             HAMILTON LAW

17                                                 By:    /s/ Ryan Hamilton
                                                   Ryan A. Hamilton
18                                                 5125 S. Durango, Suite C
                                                   Las Vegas, NV 89113
19                                                 *Attorneys for Plaintiffs*

20

21

22

23

24

25

26

27

28

4

1

## ORDER

2          Upon consideration of the above Stipulation, the deadlines for remaining discovery shall be

3    extended as follows:

4    Discovery Cut-Off Date:                    September 8, 2015

5    Dispositive Motion Deadline:               October 9, 2015

6    Joint Pretrial Order Due:                  November 9, 2015

7

8          IT IS SO ORDERED

9          DATED this .6th. day of May, 2015

10

11                                             _____
                                               U.S. MAGISTRATE JUDGE
12

13   Respectfully submitted,

14

15   By:      /s/ Alayne Opie
     S. Brent Vogel, NV Bar No. 6858
     Alayne M. Opie, NV Bar No. 12623
16   LEWIS BRISBOIS BISGAARD & SMITH LLP
     6385 S. Rainbow Blvd., Suite 600
17   Las Vegas, Nevada 89118

18   David C. Scheper, CA Bar 120174
     William H. Forman, CA Bar 150477
19   Greg A. Ellis, CA Bar 204478
     SCHEPER KIM & HARRIS LLP
20   601 W. Fifth Street, 12th Floor
     Los Angeles, CA  90071
21

22   *Attorneys for Defendant Narconon Fresh
     Start dba Rainbow Canyon Retreat*

23

24

25

26

27

28

5

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH and that on this 1st day of May, 2015, I did cause a true copy of the foregoing **AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST)** to be served via the CM/ECF electronic system to all parties on the service list.

By: /s/Erin Adams
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP