SAO
Alayne M. Opie
Nevada Bar No. 012623
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 (fax)
Alayne.Opie@lewisbrisbois.com

Attorney for Defendant Narconon Fresh Start d/b/a
Rainbow Canyon Retreat ("Fresh Start")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHY TARR, a Virginia Citizen; and MICHAEL TARR, a Florida Citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00283-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, that Plaintiffs' CATHY TARR and MICHAEL TARR's Complaint and all related claims in the above-entitled action against Defendant, NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 18th day of September, 2015    DATED this 21st day of September, 2015

HAMILTON LAW    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _[signature]_    By _[signature]_

_____  
Ryan A. Hamilton  
5125 S. Durango, Suite C  
Las Vegas, NV 89113  
Attorneys for Plaintiffs

_____  
S. BRENT VOGEL  
Nevada Bar No. 006858  
ALAYNE M. OPIE  
Nevada Bar No. 12623  
6385 S. Rainbow Boulevard, Suite 600  
Las Vegas, Nevada 89118  
Tel. 702.893.3383  
Attorneys for Defendant  
NARCONON FRESH START d/b/a  
RAINBOW CANYON RETREAT

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendant NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

_____  
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated the 21 day of September, 2015

By: _____ 12623  
S. BRENT VOGEL  
Nevada Bar No. 006858  
ALAYNE M. OPIE  
Nevada Bar No. 12623  
6385 S. Rainbow Boulevard, Suite 600  
Las Vegas, Nevada 89118  
Tel. 702.893.3383  
Attorneys for Defendant  
NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT